**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Troy Lucas                                            CHAPTER 13
        Bethany B. Lucas
                Debtor(s)                                    BKY. NO. 26-20618 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
10 Mar 2026, 12:17:48, EDT

Denise Carlon, Esq. (317226)     ☐
Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 41d8824c0cfeeae1320c10f3a62993b36d2c007b37b4c0933f176eb306eb9f01