**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Troy Lucas | : | Bankruptcy Case No.: 26-20618-JCM |
| Bethany B. Lucas. | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| Bethany B. Lucas, | : | |
| Movant, | : | |
| | : | Related to Document No.:     7 |
| v. | : | |
| | : | |
| Chartiers Valley High School, | : | |
| Respondent. | : | |

### CERTIFICATE OF SERVICE

I, Sherrin Kennedy, Paralegal, certify under penalty of perjury that I served the Wage Attachment

Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed

below on March 12, 2026, via first class mail postage prepaid:

**Chartiers Valley High School**
**Attn: Payroll Department**
**50 Thoms Run Road**
**Bridgeville, PA 15017**

Executed on:   March 12, 2026

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

301 Smith Drive, Suite 6, Cranberry Township, PA 16066
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for
Debtor