IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        Case No.: 26-20618-JCM

Troy Lucas and                                Chapter 13
Bethany B. Lucas,

Debtors.

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts


Please enter our appearance on behalf of the Borough of Oakdale in the above captioned matter.  We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for these creditors.  All notices should be mailed to the following address:


**Borough of Oakdale
GRB Law
Richard A. Monti, Esquire
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219**


Executed on:

April 1, 2026

GRB Law,

By:    /s/ Richard A. Monti
       Richard A. Monti, Esquire
       Pa I.D. No. 326414
       525 William Penn Place
       Suite 3110
       Pittsburgh, PA 15219
       412-281-0587
       RMonti@grblaw.com

2513393.1

Attorney for Movants

DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for Borough of Oakdale, these creditors in the above captioned bankruptcy case, and I am authorized by these creditors to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditors' address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditors, and:

(X)     That there are no other requests to receive notices on behalf of these creditors, or

(  )     that any prior request(s) for notice by or on behalf of these creditors shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 1, 2026

GRB Law,

By:     /s/ Richard A. Monti
Richard A. Monti, Esquire
Pa I.D. No. 326414
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219
412-281-0587
RMonti@grblaw.com
Attorney for Movants

2513393.1