

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-20618

DEBTOR(S):

TROY LUCAS

BETHANY B LUCAS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 29 IN THE AMOUNT OF $576.47

CREDITOR'S SIGNATURE:

*/s/ Brandie McCann*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

5/11/2026