**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Troy Lucas,<br>Bethany B. Lucas,<br><br>Debtors. | : | Bankruptcy No. 26-20618-JCM<br><br>Chapter 13 |
| Troy Lucas,<br>Bethany B. Lucas,<br><br>Movants,<br><br>v.<br><br>Quantum3 Group, LLC,<br><br>Respondent. | : | Document No.:<br><br>Related Document No.:<br><br>Related Claim No.: 19<br><br>**Hearing Date and Time:**<br>September 29, 2026, at 2:00 p.m. |

## CERTIFICATE OF SERVICE

I, Kaeli Rupert, hereby certify that a copy of the Debtor's Objection to Proof of Claim No. 19, Proposed Order, and Notice of Hearing was served by electronic service and/or First Class U.S. mail postage prepaid on August 12, 2026, on the interested parties as indicated below:

Quantum3 Group, LLC
PO Box 788
Kirkland, WA 98083-0788
Service by NEF
claims@quantum3group.com

Michelle Viscione, Authorized Agent
Quantum3 Group, LLC
PO Box 788
Kirkland, WA 98083-0788
Service by NEF and Mail
claims@quantum3group.com

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
Service by NEF
cmecf@chapter13trusteewdpa.com

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
Service by NEF
ustpregion03.pi.ecf@usdoj.gov

Dated: August 12, 2026

/s/ Kaeli Rupert
Kaeli Rupert, Paralegal
Thompson Law Group, P.C.

301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
krupert@thompsonattorney.com