**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Troy Lucas, | : | Bankruptcy No. 26-20618-JCM |
| Bethany B. Lucas, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| Troy Lucas, | : | |
| Bethany B. Lucas, | : | Document No.: |
| | : | |
| Movants, | : | |
| | : | Related Document No.: |
| v. | : | |
| | : | Related Claim No.: 32 |
| Portfolio Recovery Associates, LLC | : | |
| | : | **Hearing Date and Time:** |
| Respondent. | : | September 29, 2026, at 2:00 p.m. |

## CERTIFICATE OF SERVICE

I, Kaeli Rupert, hereby certify that a copy of the Debtor's Objection to Proof of Claim No. 32, Proposed Order, and Notice of Hearing was served by electronic service and/or First Class U.S. mail postage prepaid on August 12, 2026, on the interested parties as indicated below:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Service by NEF
Bankruptcy_info@portfoliorecovery.com

Alinecia Williams, Bankruptcy Representative
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Service by NEF and Mail
Bankruptcy_info@portfoliorecovery.com

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
Service by NEF
cmecf@chapter13trusteewdpa.com

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
Service by NEF
ustpregion03.pi.ecf@usdoj.gov

Dated: August 12, 2026

/s/ Kaeli Rupert
Kaeli Rupert, Paralegal
Thompson Law Group, P.C.

301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
krupert@thompsonattorney.com