**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PA**

Chapter: 13
Case No: 2620618

In re: TROY LUCAS
BETHANY B LUCAS

Account Number: 6628

# WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 33 filed on or about 05/13/2026 in the amount of $5,979.74 .

On this 8/27/2026.

By: /s/ Ciara M. Lawton
Ciara M. Lawton, Bankruptcy Representative
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com