**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PA**

Chapter: 13
Case No: 2620618

In re: TROY LUCAS
BETHANY B LUCAS

Account Number: 6628

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 33 filed on or about 05/13/2026 in the amount of $5,979.74 .

On this 8/27/2026.

By: /s/ Ciara M. Lawton
Ciara M. Lawton, Bankruptcy Representative
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com

SO ORDERED
August 28, 2026

John C. Melaragno, Judge dak
United States Bankruptcy Court

SIGNED
8/28/26 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 26-20618-JCM
Troy Lucas Chapter 13
Bethany B. Lucas
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Aug 28, 2026 Form ID: pdf900 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Troy Lucas, Bethany B. Lucas, 234 Union Avenue, Oakdale, PA 15071-1330 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2026 01:44:09 | Portfolio Recovery Associates, LLC., POB 41067, Norfolk, VA 23541 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Plaintiff Troy Lucas bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Bethany B. Lucas bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

| | |
|---|---|
| Brian C. Thompson | on behalf of Debtor Troy Lucas bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Bethany B. Lucas bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Elizabeth Trachtman | on behalf of Creditor Ford Motor Credit Company LLC ANHSOrlans@InfoEx.com |
| Matthew Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor Borough of Oakdale rmonti@grblaw.com aanderson@grblaw.com |
| Richard Monti | on behalf of Creditor Borough of Oakdale & West Allegheny School District rmonti@grblaw.com aanderson@grblaw.com |
| Richard Monti | on behalf of Creditor County of Allegheny rmonti@grblaw.com aanderson@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Quantum 3 wcraig@egalawfirm.com alapinski@egalawfirm.com |

TOTAL: 12