**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Troy Lucas<br>Bethany B. Lucas.<br>Debtors. | : | Bankruptcy Case No.: 26-20618-JCM<br><br>Chapter 13 |
| Bethany B. Lucas,<br>Movant,<br><br>v.<br><br>Chartiers Valley High School,<br>Respondent. | : | Related to Document No.: 117 |

## CERTIFICATE OF SERVICE

I, Sherrin Kennedy, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on September 1, 2026, via first class mail postage prepaid:

**Chartiers Valley High School**
**Attn: Payroll Department**
**50 Thoms Run Road**
**Bridgeville, PA 15017**

Executed on: September 1, 2026

/s/ Brian C. Thompson, Esquire
Signature of Chapter 13 Attorney for Debtors

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Attorney for Debtors

301 Smith Drive, Suite 6, Cranberry Township, PA 16066
Address of Chapter 13 Attorney for Debtors

(724) 799-8404 PA. I.D. #91197
Phone No. and PA. I.D. No. of Chapter 13 Attorney for Debtors