**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Troy Lucas,<br>Bethany B. Lucas,<br><br>Debtors. | : | Bankruptcy No. 26-20618-JCM<br><br>Chapter 13 |
| Troy Lucas,<br>Bethany B. Lucas,<br><br>Movants,<br><br>v.<br><br>LVNV Funding, LLC,<br><br>Respondent. | : | Document No.:<br><br>Related Document No.: 58<br><br>Related Claim No.: 18<br><br>**Hearing Date and Time:**<br>September 29, 2026, at 2:00 PM |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 18**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on August 12, 2026, at Document No. 58 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 59, Objections were to be filed and served no later than August 29, 2026.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 58 be entered by the Court.

Date: September 3, 2026

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com