**UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TROY LUCAS AND<br>BETHANY B. LUCAS,<br><br>Debtors. | Bankr. No. 26-20618-JCM<br><br>Chapter 13<br><br>Hon. John C. Melaragno |
| TROY LUCAS AND<br>BETHANY B. LUCAS,<br><br>Movants,<br><br>v.<br><br>LVNV FUNDING, LLC,<br><br>Respondent. | Related to Dkt. Nos. 134 & 135 |

**CERTIFICATE OF SERVICE OF (A) SUPPLEMENT TO LVNV FUNDING, LLC'S, RESPONSE TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 25; AND (B) SUPPLEMENT TO LVNV FUNDING, LLC'S, RESPONSE TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 8**

I certify under penalty of perjury that I am and at all times hereinafter mentioned was more than 18 years of age, and that I caused a copy of the (a) *Supplement to LVNV Funding, LLC's, Response to Debtors' Objection to Proof of Claim No. 25* [Dkt. No. 134]; and (b) *Supplement to LVNV Funding, LLC's, Response to Debtors' Objection to Proof of Claim No. 8* [Dkt. No. 135] filed by LVNV Funding, LLC, in the above-captioned chapter 13 bankruptcy case to be served on September 11, 2026, on the parties and in the manners listed below.

**VIA CM/ECF**

William E. Craig on behalf of Creditor Quantum 3
wcraig@egalawfirm.com, alapinski@egalawfirm.com

William E. Craig on behalf of Creditor Quantum3 Group LLC as agent for Velocity Investments LLC
wcraig@egalawfirm.com, alapinski@egalawfirm.com

Matthew Fissel on behalf of Creditor LOANDEPOT.COM, LLC
bkgroup@kmllawgroup.com, wbecf@brockandscott.com

George W. Fitting on behalf of Creditor LVNV FUNDING, LLC
gfitting@bernsteinlaw.com,
gfitting@ecf.courtdrive.com,aporter@bernsteinlaw.com,agilbert@bernsteinlaw.com

Richard Monti on behalf of Creditor Borough of Oakdale
rmonti@grblaw.com, aanderson@grblaw.com

Richard Monti on behalf of Creditor Borough of Oakdale & West Allegheny School District
rmonti@grblaw.com, aanderson@grblaw.com

Richard Monti on behalf of Creditor County of Allegheny
rmonti@grblaw.com, aanderson@grblaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Brian C. Thompson on behalf of Debtor Troy Lucas
bthompson@ThompsonAttorney.com,
bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson on behalf of Joint Debtor Bethany B. Lucas
bthompson@ThompsonAttorney.com,
bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson on behalf of Plaintiff Bethany B. Lucas
bthompson@ThompsonAttorney.com,
bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson on behalf of Plaintiff Troy Lucas
bthompson@ThompsonAttorney.com,
bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Elizabeth Trachtman on behalf of Creditor Ford Motor Credit Company LLC
ANHSOrlans@InfoEx.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**VIA EMAIL**

Brian C. Thompson
bthompson@thompsonattorney.com

*Debtors*

Ronda J. Winnecour
rwinnecour@chapter13trusteewdpa.com

*Chapter 13 Trustee*

**VIA FIRST-CLASS U.S. MAIL**

Ford Motor Credit Company LLC
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Dated: September 11, 2026

Respectfully submitted,

**WH BURKLEY, LLP**

/s/ *George W. Fitting*
George W. Fitting (Pa. Bar Id. No. 324115)
601 Grant St., Fl. 9
Pittsburgh, PA 15219
Tel.: 412-456-8163
Fax: 412-456-8135
gfitting@bernsteinlaw.com

*Counsel to LVNV Funding, LLC*