**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Troy Lucas,<br>Bethany B. Lucas, | ) | Bankruptcy No. 26-20618-JCM |
| Debtors. | ) | Chapter 13 |
| Troy Lucas,<br>Bethany B. Lucas, | ) | Document No. |
| Movants, | ) | Related to Document No. 46, 137 |
| v.<br>LVNV Funding, LLC, | ) | |
| Respondent, | ) | Hearing Date & Time:<br>**September 29, 2026, at 2:00 P.M.** |

**ORDER OF COURT**

AND NOW, upon consideration of Motion to Withdraw Objection to Proof of Claim No. 8, it is hereby ORDERED, ADJUDGED and DECREED that the Objection at Document No. 46 is hereby WITHDRAWN without prejudice.

Date: September 23, 2026

John C. Melaragno, Judge dak
United States Bankruptcy Court

SIGNED
9/23/26 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Troy Lucas
Bethany B. Lucas
Debtors

Case No. 26-20618-JCM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Sep 23, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Troy Lucas, Bethany B. Lucas, 234 Union Avenue, Oakdale, PA 15071-1330 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Troy Lucas bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;krupert@thompsonattorney.com;mthompson@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Bethany B. Lucas bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;krupert@thompsonattorney.com;mthompson@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Bethany B. Lucas bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;krupert@thompsonattorney.com;mthompson@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | |

| | |
|---|---|
| | on behalf of Plaintiff Troy Lucas bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;krupert@thompsonattorney.com;mthompson@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Elizabeth Trachtman | on behalf of Creditor Ford Motor Credit Company LLC ANHSOrlans@InfoEx.com |
| George W. Fitting | on behalf of Creditor LVNV FUNDING LLC gfitting@bernsteinlaw.com, gfitting@ecf.courtdrive.com,aporter@bernsteinlaw.com,agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor Borough of Oakdale & West Allegheny School District rmonti@grblaw.com aanderson@grblaw.com |
| Richard Monti | on behalf of Creditor County of Allegheny rmonti@grblaw.com aanderson@grblaw.com |
| Richard Monti | on behalf of Creditor Borough of Oakdale rmonti@grblaw.com aanderson@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Quantum 3 wcraig@egalawfirm.com alapinski@egalawfirm.com |
| William E. Craig | on behalf of Creditor Quantum3 Group LLC as agent for Velocity Investments LLC wcraig@egalawfirm.com alapinski@egalawfirm.com |

TOTAL: 14