**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 26-20618-JCM |
| | : | |
| Troy Lucas | : | Chapter: 13 |
| Bethany B. Lucas | : | |
| *Debtor(s).* | : | |
| | : | Date: 9/29/2026 |
| | : | Time: 02:00 |

# PROCEEDING MEMO

***MATTER*** #56 Objection to Claim of Quantum3 Group, LLC at Claim Number 17
#110 Response by Quantum3 Group, LLC

***APPEARANCES:***

Debtor: Brian C. Thompson
Trustee: Dennis Sloan
Quantum3 Group LLC: William Craig (no appearance)

***NOTES:***

***OUTCOME:*** Continued to October 27, 2026 at 1:30 P.M. TO to be entered.

SIGNED
9/29/26 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA