**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 26-20618-JCM |
| | : | | |
| Troy Lucas | : | Chapter: | 13 |
| Bethany B. Lucas | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/29/2026 |
| | : | Time: | 02:00 |

**PROCEEDING MEMO**

***MATTER*** #62 Objection to Claim of Quantum3 Group, LLC at Claim Number 23
#112 Response by Quantum3 Group, LLC

***APPEARANCES:***

Debtor: Brian C. Thompson
Trustee: Dennis Sloan
Quantum3 Group LLC: William Craig (no appearance)

***NOTES:***

***OUTCOME:*** Continued to October 27, 2026 at 1:30 P.M. TO to be entered.

SIGNED
9/29/26 5:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA